UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) Case No. 11-45659 |
| CRAIG D. GRAY, | ) |
| | ) Hon. Jack B. Schmetterer |
| Debtor. | ) |
| | ) Hearing Date: December 20, 2012 |
| | ) Hearing Time: 10:30 a.m. |

**NOTICE OF MOTION OF FINAL APPLICATION FOR ALLOWANCE
OF COMPENSATION FOR SPRINGER, BROWN COVEY, GAERTNER & DAVIS,
LLC FOR THE PERIOD OF FEBRUARY 22, 2012 THROUGH JUNE 29, 2012**

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the **December 20, 2012 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jack B. Schmetterer, or any judge sitting in her stead, in Courtroom 682, in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **Final Application for Allowance of Compensation as General Counsel to the Trustee for the Period of February 22, 2012 through June 29, 2012**, at which time and place you may appear as you see fit.

Dated: November 6, 2012

**N. NEVILLE REID, not individually, but solely in his capacity as the Chapter 7 Trustee for the Bankruptcy Estate of Craig D. Gray**

/s/ N. Neville Reid
N. Neville Reid

N. Neville Reid (ARDC #6195837)
Elizabeth Peterson (ARDC #6294546)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph: 312.224.1200
Fx: 312.224.1201

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on November 6, 2012, I caused a copy of the foregoing **Notice of Motion of Final Application for Allowance of Compensation as General Counsel to the Trustee** to be filed electronically, with a copy of same being served upon the parties listed on the attached Service List by the Court's ECF filing system or by postage prepaid first-class U.S. Mail, as indicated.

Dated: November 6, 2012          /s/ N. Neville Reid
                                  N. Neville Reid

## SERVICE LIST

**Parties to receive notice electronically via CM/ECF:**

**Patrick S Layng**
USTPRegion11.ES.ECF@usdoj.gov

**Christopher M Brown**
northerndistrict@atty-pierce.com

**Jose G Moreno**
nd-one@il.cslegal.com

**Martin J O'Hearn**
martinohearnlaw@sbcglobal.net

**Thomas E Springer on behalf of Trustee N. Reid**
tspringer@springerbrown.com, jkrafcisin@springerbrown.com


**Parties to receive notice via postage-prepaid first class U.S. mail:**

First Horizon/Bank NY Mellon
c/o Pierce & Assoc.
1 N. Dearborn #1300
Chicago, IL 60602-4321

LVNV Funding, LLC its successors and assigns assignee of
HSBC Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Craig D. Gray
300 West North Avenue, Unit 1506
Chicago, IL 60610-1277

Nationstar Mortgage, LLC
9441 LBJ Freeway, Suite 250
Dallas, TX 75243-4640

City of Chicago Corporation Counsel
30 N. LaSalle #800
Chicago, IL 60602-3542

Household Bank/Menards
90 Christiana Rd.
New Castle, DE 19720-3187

The Home Depot/CBSD Ccs Gray Ops Center
PO Box 6497
Sioux Falls, SD 57117-6497

Wells Fargo Bank, NA
c/o Codilis & Associates, P.C.
15W030 North Frontage Road Suite 100
Burr Ridge, IL 60527-6921

First Horizon Home Loan
First Tennessee Bank
Credit Inquiry Dept.
Knoxville, TN 37995-0001

Household Bank/Menards
c/o LVNV Funding LLC
PO Box 10584
Greenville, SC 29603-0584

Wells Fargo Home Mrtg.
PO Box 10335
Des Moines, IA 50306-0335

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| CRAIG D. GRAY, | ) | Case No. 11-45659 |
| | ) | |
| | ) | Hon. Jack B. Schmetterer |
| | ) | |
| Debtor. | ) | |

## FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE

### Cover Sheet for Application for Professional Compensation

Name of Applicant(s):  Thomas E. Springer, Esq. and the law firm of Springer, Brown, Covey, Gaertner & Davis, LLC

Authorized to Provide Professional Services to:  N. Neville Reid, Trustee of the Estate of Craig D. Gray, Chapter 7 Bankruptcy No. 11-45659.

Date of Order Authorizing Employment:  **March 8, 2012**

Period for which Compensation is Sought:  **February 22, 2012 through June 29, 2012**

Amount of Fees Sought:  **$ 4,037.50**

Amount of Expense Reimbursement Sought:  **$ 0**

This is an:  Interim Application ___   Final Application **X**

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Withheld by Order |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

The amount of fees and expenses paid to the Applicant to date for Service rendered and expenses incurred herein is: $ **-0-** .

In re:  Craig D. Gray
Chapter 7 No. 11-45659
Cover Sheet for Application for Professional Compensation by Trustee's General Counsel
(PAGE TWO of TWO)

Professionals retained and represented as follows in this Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Trustee:

| Name of Professional | Hourly Rates | Hours of Service | Value of Service |
|---|---|---|---|
| Thomas E. Springer, Attorney | $375.00 | 8.60 | $3,225.00 |
| Joshua D. Greene, Attorney | $325.00 | 2.50 | $812.50 |
| | TOTALS | 11.10 | $4,037.50 |

**A Summary and Total of Fee Application Categories is Attached hereto.**

DATE:  August 25, 2012

Respectfully Submitted,
APPLICANT for
N. Neville Reid, Trustee

BY: Springer, Brown, Covey, Gaertner & Davis, LLC


By:___/s/ Thomas E. Springer_____
     Thomas E. Springer
     One of His Attorneys


Thomas E. Springer
Springer, Brown, Covey, Gaertner & Davis, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| CRAIG D. GRAY, | ) | Case No. 11-45659 |
| | ) | |
| | ) | Hon. Jack B. Schmetterer |
| Debtor. | ) | |

### FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE

**NOW COMES** Thomas E. Springer, Esq. and the law firm of Springer, Brown, Covey, Gaertner & Davis, LLC (herein "Applicant"), as duly authorized counsel to the Trustee, N. Neville Reid, (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as counsel to the Trustee pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

### I. INTRODUCTION

This Application encompasses the time period from February 22, 2012 through preparation of Applicant's current Final Fee Application, August 25, 2012. The Application represents 11.1 hours of legal services provided to the Trustee. Applicant has neither previously requested nor obtained approval for payment of interim compensation or reimbursement of expenses. This Application seeks approval of legal fees in the amount of $4,037.50 and $0.00 for actual and necessary unreimbursed expenses.

The Debtor initiated this bankruptcy proceeding with the filing of a voluntary Petition under Chapter 7 of the United States Bankruptcy Code on November 9, 2011 and N. Neville Reid was appointed as the Chapter 7 Trustee herein. On March 8, 2012, this Court entered an Order authorizing the Trustee to retain Applicant as legal counsel. The hourly rates of Applicant is competitive with the rates charged in this market by professionals with similar skills and

experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation and Reimbursement of Expenses.

## II. CASE STATUS and NARRATIVE OF LEGAL SERVICES

The Debtor filed his Chapter 7 proceeding on November 9, 2011. The Debtor's filed Schedule "B" listed his interest in, *inter alia,* funds in two bank accounts at Citibank in the amount of $6,000 and First Northern Credit Union in the amount of $8,000. The Debtor also scheduled stock ownership interest in "Exelon Corporation" with a current market value at time of filing of $16,000. The Trustee made initial inquiries regarding actual value of the referenced assets at and following the §341 meeting of creditors, but the funds were not turned over to the Trustee. The Trustee contacted Applicant to further investigate the listed assets for valuation, review of applicable and allowable exemption claims and to seek turnover of the property for the benefit of the Estate.

Applicant contacted Debtor's counsel and initiated the process to ascertain the actual value of the estate property, verify location and status of same, verify the application and validity of the claimed exemptions, and for timely turnover of the property. Applicant firm engaged in numerous communications with Debtor's counsel as more specifically delineated in the attached time exhibit, however, no funds were immediately turned over by the Debtor. Accordingly and at the directive of the Trustee, Applicant filed and presented a Motion for Turnover of the estate property. At the hearing on the Motion for Turnover, which was granted by the Court, Applicant was able to confirm and direct with specificity the existence, status, current value and, more importantly, a date-certain timeline and deadline for asset turnover. The Debtor fully complied with the Court's Order for turnover within the time allotted thereafter and Applicant confirmed the turnover amounts with the schedules, correspondence and notes and confirmed appropriate

turnover amount with the Trustee. Applicant reviewed the claims register at that point and also confirmed the status of claims with Trustee.

Applicant herein provided and maintained the normal and ordinary legal services to the Trustee in monitoring and overseeing liquidation and administration of the assets and coordinating efforts of the administration with the Trustee in the related Estate.

Itemized time entries for all Applicants' services to this Bankruptcy Estate are attached hereto as Exhibit "A" and the necessary unbilled expenses, if applicable, are attached hereto as Exhibit "B".

**WHEREFORE,** Applicant, Thomas E. Springer respectfully requests that Trustee's Attorneys' fees in the amount of $4,037.50 and expenses in the amount of $0.00 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such payment as set forth herein for any such other and further relief as this Court deems just and equitable.

DATE: August 25, 2012

Respectfully Submitted,
APPLICANT for
N. Neville Reid, Trustee

BY: Springer, Brown, Covey, Gaertner & Davis, LLC


By: /s/ Thomas E. Springer
Thomas E. Springer
One of His Attorneys


Thomas E. Springer
Springer, Brown, Covey, Gaertner & Davis, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL 60187
(630) 510-0000
tspringer@springerbrown.com

| ATTORNEY TIME | | | | |
|---|---|---|---|---|
| GRAY, CRAIG 11-45659 | | | | |
| DATE | DESCRIPTION | HOURS | AMOUNT | ATTORNEY |
| 2/22/12 | Draft file and serve Notice of Motion to Employ Counsel to the Trustee. | 1.00 | $375.00 | TES |
| 2/23/12 | E-mail correspondence to counsel for debtor regarding status of receipt of checks and remainder for turnover. | 0.20 | $75.00 | TES |
| 2/29/12 | E-mail correspondence to Trustee regarding status of case and impending and filed Motion to Employ Counsel to Trustee. | 0.10 | $37.50 | TES |
| 3/8/12 | Court Appearance on Motion to Employ Counsel to the Trustee. | 1.00 | $325.00 | JDG |
| 4/3/12 | Correspondence to debtor's counsel regarding status of case and directive for turnover. | 0.50 | $187.50 | TES |
| 4/3/12 | Correspondence to debtor's counsel regarding impending and demand for turnover of funds and City Bank and First Northern Credit Union account along with directive for turnover. | 0.50 | $187.50 | TES |
| 4/10/12 | E-mail correspondence to debtors counsel regarding Trustee's directive for turnover of non-exempt funds and shares of stock. | 0.20 | $75.00 | TES |
| 4/10/12 | E-mail correspondence to debtor's counsel confirming telephone conversation regarding directive for turnover of non-exempt funds and shares of stock and required amended schedule C. | 0.50 | $187.50 | TES |
| 4/18/12 | E-mail correspondence to Trustee and voice mail to counsel for debtor regarding status of case and request for status of turnover of property to the Estate. | 0.20 | $75.00 | TES |
| 4/26/12 | Correspondence to and from Trustee regarding status of case and recommendation on further action for turnover of property to the Estate. | 0.20 | $75.00 | TES |
| 4/27/12 | E-mail correspondence to and from Trustee regarding confirmation of request for motion directing turnover of subject funds as property of the Estate. | 0.30 | $112.50 | TES |
| 4/27/12 | Draft file and serve Notice and Motion for Turnover of Estate Property. | 1.00 | $375.00 | TES |
| 5/10/12 | Court Appearance on Motion for Turnover of Estate Property. Discussion with debtor's counsel after hearing. | 1.50 | $487.50 | JDG |
| 5/15/12 | E-mail correspondence with copy of Order to counsel for debtors with directive for turnover of funds and shares of stock. | 0.30 | $112.50 | TES |
| 5/16/12 | Telephone conference with counsel for debtor regarding status of case and turnover of funds. | 0.30 | $112.50 | TES |
| 5/23/12 | Correspondence to Trustee with (2) checks payable pursuant to Amended Schedules. | 0.50 | $187.50 | TES |
| 6/5/12 | Review of claims register on docket. Notify Trustee of status. | 0.50 | $187.50 | TES |
| 6/5/12 | Correspondence to and from Trustee regarding turnover of funds. | 0.20 | $75.00 | TES |

Exhibit A

| DATE | DESCRIPTION | HOURS | AMOUNT | ATTORNEY |
|---|---|---|---|---|
| 6/7/12 | E-mail correspondence to and from Trustee regarding verification of turnover status. | 0.20 | $75.00 | TES |
| 6/9/12 | Receipt and review of correspondence with check from counsel for the debtor. Confirmation with file. | 0.30 | $112.50 | TES |
| 6/11/12 | Correspondence to Trustee with check representing liquidated shares of stock. | 0.30 | $112.50 | TES |
| 6/29/12 | E-mail confirmation to Trustee's office regarding status of claims. | 1.00 | $375.00 | TES |
| 6/29/12 | Telephone conference with Trustee regarding status of claims. | 0.20 | $75.00 | TES |
| 6/29/12 | E-mail correspondence to Trustee regarding Motion to Modify Stay on asset non subject to liquidation. | 0.10 | $37.50 | TES |
| | TOTALS | 11.1 | $4,037.50 | |

Exhibit A