# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GRAY, CRAIG D. | § | Case No. 11-45659 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Clerk for the U.S. Bankruptcy
> Northern District of Illinois
> 219 South Dearborn Street
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/20/2012 in Courtroom 682,

> United States Courthouse
> 219 South Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/06/2012           By: N. Neville Reid
                                          Trustee


*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
GRAY, CRAIG D.                      §     Case No. 11-45659
                                    §
          Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 28,800.60 |
| and approved disbursements of | $ | 18.69 |
| leaving a balance on hand of[1] | $ | 28,781.91 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: N. Neville Reid | $ 1,537.80 | $ 0.00 | $ 1,537.80 |
| Attorney for Trustee Fees: Thomas E. Springer | $ 4,037.50 | $ 0.00 | $ 4,037.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 5,575.30 |
| Remaining Balance | $ 23,206.61 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,281.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | LVNV Funding, LLC its successors and assigns as | $ 2,281.61 | $ 0.00 | $ 2,281.61 |

Total to be paid to timely general unsecured creditors      $         2,281.61

Remaining Balance                                            $        20,925.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 2.36 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 20,922.64 .

Prepared By: /s/N. Neville Reid
                              Trustee

*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                      Case No. 11-45659-JBS
Craig D. Gray                                               Chapter 7
         Debtor
                          CERTIFICATE OF NOTICE
District/off: 0752-1         User: cgreen             Page 1 of 2         Date Rcvd: Nov 07, 2012
                             Form ID: pdf006          Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2012.
db          +Craig D. Gray,    300 West North Avenue, Unit 1506,    Chicago, IL 60610-1277
aty         +Springer, Brown, Covey, Gaertner, & Davis LLC,    400 S Country Farm Road Ste 330,
              Wheaton, IL 60187-4547
18036918    +City of Chicago,    Corporation Counsel,   30 N. LaSalle #800,    Chicago, IL 60602-3542
18036913    +First Horizon Home,   Loan/First Tennessee Bank,    Credit Inquiry Dept.,
              Knoxville, TN 37995-0001
18036914    +First Horizon/Bank NY,    Mellon c/o Pierce & Assoc.,    1 N. Dearborn #1300,
              Chicago, IL 60602-4321
18036915    +Household Bank/Menards,    90 Christiana Rd.,   New Castle, DE 19720-3187
18036917    +The Home Depot/CBSD,    Ccs Gray Ops Center,   PO Box 6497,    Sioux Falls, SD 57117-6497
18036912    +Wells Fargo Home Mrtg.,    PO Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18036916    +E-mail/Text: resurgentbknotifications@resurgent.com Nov 08 2012 01:42:13
              Household Bank/Menards,    c/o LVNV Funding LLC,    PO Box 10584,   Greenville, SC 29603-0584
18964671     E-mail/Text: resurgentbknotifications@resurgent.com Nov 08 2012 01:42:13
              LVNV Funding, LLC its successors and assigns as,    assignee of HSBC,
              Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 09, 2012**                          **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1           User: cgreen              Page 2 of 2                   Date Rcvd: Nov 07, 2012
                               Form ID: pdf006           Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2012 at the address(es) listed below:

```
              Christopher M Brown    on behalf of Creditor   Nationstar Mortgage, LLC
               northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
              Jose G Moreno    on behalf of Creditor   Wells Fargo Bank, NA nd-one@il.cslegal.com
              Martin J O'Hearn    on behalf of Debtor Craig Gray martinohearnlaw@sbcglobal.net
              N. Neville Reid    nreid@fslc.com, nreid@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas E Springer    on behalf of Trustee N. Reid tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
                                                                                             TOTAL: 6
```