**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GRAY, CRAIG D. | § | Case No. 11-45659 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

N. Neville Reid, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 172,443.57 *(Without deducting any secured claims)* | Assets Exempt: 2,600.00 |
| Total Distributions to Claimants: 2,283.97 | Claims Discharged Without Payment: 0.00 |
| Total Expenses of Administration: 5,593.99 | |

3) Total gross receipts of $ 28,800.60 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 20,922.64 (see **Exhibit 2**), yielded net receipts of $ 7,877.96 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,593.99 | 5,593.99 | 5,593.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 2,281.61 | 2,281.61 | 2,283.97 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 7,875.60 | $ 7,875.60 | $ 7,877.96 |

4) This case was originally filed under chapter 7 on 11/09/2011 . The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/18/2013            By:/s/N. Neville Reid
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FINANCIAL ACCOUNTS | 1121-000 | 13,000.00 |
| 401K | 1129-000 | 15,800.00 |
| POST-PETITION INTEREST DEPOSITS | 1270-000 | 0.60 |
| TOTAL GROSS RECEIPTS | | $28,800.60 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CRAIG D. GRAY | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 20,922.64 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 20,922.64 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID AS TRUSTEE | 2100-000 | NA | 1,537.80 | 1,537.80 | 1,537.80 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 18.69 | 18.69 | 18.69 |
| THOMAS E. SPRINGER | 3210-000 | NA | 4,037.50 | 4,037.50 | 4,037.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,593.99 | $ 5,593.99 | $ 5,593.99 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7100-000 | NA | 2,281.61 | 2,281.61 | 2,281.61 |
| | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7990-000 | NA | NA | NA | 0.85 |
| | THOMAS E. SPRINGER | 7990-000 | NA | NA | NA | 1.51 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 2,281.61 | $ 2,281.61 | $ 2,283.97 |

Page: 1
Exhibit 8

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No:      11-45659    JBS    Judge: JACK B. SCHMETTERER
Case Name:    GRAY, CRAIG D.

Trustee Name:                              N. Neville Reid
Date Filed (f) or Converted (c):           11/09/11 (f)
341(a) Meeting Date:                       12/14/11
Claims Bar Date:                           05/31/12

For Period Ending:  04/15/13

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. CASH | 10.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. FINANCIAL ACCOUNTS | 14,000.00 | 14,000.00 | | 13,000.00 | FA | 0.00 | 0.00 |
| 3. HOUSEHOLD GOODS | 1,125.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 5. 401K | 165,308.57 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. INVESTMENTS | 16,000.00 | 16,000.00 | | 15,800.00 | FA | 0.00 | 0.00 |
| 7. AUTOMOBILE | 5,800.00 | 0.00 | | 0.00 | FA | 0.00 | 2,400.00 |
| INT. POST-PETITION INTEREST DEPOSITS (u) | Unknown | N/A | | 0.60 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $202,443.57 | $30,000.00 | | $28,800.60 | $0.00 (Gross Value of Remaining Assets) | $0.00 | $2,600.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TDR will be filed shortly.

Initial Projected Date of Final Report (TFR):  12/31/14    Current Projected Date of Final Report (TFR):  12/30/13

LFORM1EX
UST Form 101-7-TDR (5/1/2011) (Page: 6)

Ver: 17.01

Page: 1
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-45659 -JBS
Case Name: GRAY, CRAIG D.
Taxpayer ID No: *******3330
For Period Ending: 04/15/13

Trustee Name: N. Neville Reid
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******3521 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | | 9999-000 | 28,781.91 | | 28,781.91 |
| 01/10/13 | 300001 | N. Neville Reid as Trustee<br>200 West Madison Street<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Fees | | 2100-000 | | 1,537.80 | 27,244.11 |
| 01/10/13 | 300002 | Thomas E. Springer<br>Springer, Brown, Covey Gaetner<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees<br><br>Fees          4,035.99<br>Expenses       1.51<br>Interest         1.51 | | 3210-000<br>3220-000<br>7990-000 | | 4,039.01 | 23,205.10 |
| 01/10/13 | 300003 | LVNV Funding, LLC its successors and assigns as assignee of HSBC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000001, Payment 100.03725%<br><br>Claim      2,281.61<br>Interest      0.85 | | 7100-000<br>7990-000 | | 2,282.46 | 20,922.64 |
| 01/10/13 | 300004 | CRAIG D. GRAY<br>300 WEST NORTH AVENUE, UNIT 1506<br>CHICAGO, IL 60610 | Surplus Funds | | 8200-002 | | 20,922.64 | 0.00 |
| | | | | | Page Subtotals | 28,781.91 | 28,781.91 | |

LFORM24    UST Form 101-7-TDR (5/1/2011) (Page: 7)    Ver: 17.01

Page: 2
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:              11-45659 -JBS
Case Name:            GRAY, CRAIG D.
Taxpayer ID No:       *******3330
For Period Ending:    04/15/13

Trustee Name:         N. Neville Reid
Bank Name:            ASSOCIATED BANK
Account Number / CD #:  ******3521 Checking Account
Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| | | | COLUMN TOTALS | | 28,781.91 | 28,781.91 | |
| | | | Less: Bank Transfers/CD's | | 28,781.91 | 0.00 | |
| | | | Subtotal | | 0.00 | 28,781.91 | |
| | | | Less: Payments to Debtors | | | 20,922.64 | |
| | | | Net | | 0.00 | 7,859.27 | |

Page Subtotals    0.00    0.00

LFORM24  UST Form 101-7-TDR (5/1/2011) (Page: 8)    Ver: 17.01

Case 11-45659   Doc 48   Filed 04/19/13   Entered 04/19/13 11:42:04   Desc Main
           Document      Page 9 of 14

Page: 3
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:            11-45659 -JBS                           Trustee Name:           N. Neville Reid
Case Name:          GRAY, CRAIG D.                          Bank Name:              BANK OF AMERICA, N.A.
Taxpayer ID No:     *******3330                             Account Number / CD #:  *******3635  Money Market Account (Interest Earn
For Period Ending:  04/15/13                                Blanket Bond (per case limit):  $ 5,000,000.00
                                                            Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/25/12 | 2 | Sherwin-Williams Credit Union<br>16230 Prince Drive<br>South Holland, IL 60473 | Bank Account Funds | 1121-000 | 10,000.00 | | 10,000.00 |
| 05/25/12 | 2 | Citibank | Bank Account Funds | 1121-000 | 3,000.00 | | 13,000.00 |
| 06/20/12 | 5 | Sherwin-Williams Credit Union<br>16230 Prince Drive<br>South Holland, IL 60473 | Liquidation of shares of stock | 1129-000 | 15,800.00 | | 28,800.00 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 28,800.12 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 18.69 | 28,781.43 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.25 | | 28,781.68 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.23 | | 28,781.91 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 28,781.91 | 0.00 |

Page Subtotals    28,800.60    28,800.60

Page: 4
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 11-45659 -JBS
Case Name: GRAY, CRAIG D.
Taxpayer ID No: ******3330
For Period Ending: 04/15/13

Trustee Name: N. Neville Reid
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******3635 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| | | | COLUMN TOTALS | | 28,800.60 | 28,800.60 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 28,781.91 | |
| | | | Subtotal | | 28,800.60 | 18.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 28,800.60 | 18.69 | |

Page Subtotals 0.00 0.00

UST Form 101-7-TDR (5/1/2011) (Page: 10)
LFORM24
Ver: 17.01

Page: 5
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-45659 -JBS
Case Name: GRAY, CRAIG D.
Taxpayer ID No: *******3330
For Period Ending: 04/15/13

Trustee Name: N. Neville Reid
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******3703  BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| | | | COLUMN TOTALS | | 0.00 | 0.00 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *********3521 | 0.00 | 7,859.27 | 0.00 |
| Money Market Account (Interest Earn - *********3635 | 28,800.60 | 18.69 | 0.00 |
| BofA - Checking Account - *********3703 | 0.00 | 0.00 | 0.00 |
| | 28,800.60 | 7,877.96 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand  0.00 |

Page Subtotals  0.00  0.00




**Front Image**



**Back Image**





