UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
                                      §
GRAY, CRAIG D.                        §    Case No. 11-45659
                                      §
                                      §
         Debtor(s)                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  N. Neville Reid, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/N. Neville Reid_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CRAIG D. GRAY |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID AS TRUSTEE | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| THOMAS E. SPRINGER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | LVNV FUNDING, LLC ITS SUCCESSORS AN | | | | | |
| | LVNV FUNDING, LLC ITS SUCCESSORS AN | | | | | |
| | THOMAS E. SPRINGER | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-45659 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | N. Neville Reid |
|---|---|---|---|---|---|
| Case Name: | GRAY, CRAIG D. | | | Date Filed (f) or Converted (c): | 11/09/11 (f) |
| | | | | 341(a) Meeting Date: | 12/14/11 |
| For Period Ending: 05/09/13 | | | | Claims Bar Date: | 05/31/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 10.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS | 14,000.00 | 14,000.00 | | 13,000.00 | FA |
| 3. HOUSEHOLD GOODS | 1,125.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 5. 401K | 165,308.57 | 0.00 | | 0.00 | FA |
| 6. INVESTMENTS | 16,000.00 | 16,000.00 | | 15,800.00 | FA |
| 7. AUTOMOBILE | 5,800.00 | 0.00 | | 0.00 | FA |
| INT. POST-PETITION INTEREST DEPOSITS (u) | Unknown | N/A | | 0.60 | Unknown |
| TOTALS (Excluding Unknown Values) | $202,443.57 | $30,000.00 | | $28,800.60 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TDR filed on 4-19-2013 and case was closed.

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/30/13

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

Ver: 17.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-45659 -JBS | | Trustee Name: | N. Neville Reid |
|---|---|---|---|---|
| Case Name: | GRAY, CRAIG D. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3521  Checking Account |
| Taxpayer ID No: | *******3330 | | | |
| For Period Ending: | 05/09/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 28,781.91 | | 28,781.91 |
| 01/10/13 | 300001 | N. Neville Reid as Trustee<br>200 West Madison Street<br>CHICAGO, IL  60606 | Chapter 7 Compensation/Fees | 2100-000 | | 1,537.80 | 27,244.11 |
| 01/10/13 | 300002 | Thomas E. Springer<br>Springer, Brown, Covey Gaetner<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL  60187 | Attorney for Trustee Fees | | | 4,039.01 | 23,205.10 |
| | | | Fees        4,035.99 | 3210-000 | | | |
| | | | Expenses        1.51 | 3220-000 | | | |
| | | | Interest        1.51 | 7990-000 | | | 23,205.10 |
| 01/10/13 | 300003 | LVNV Funding, LLC its successors and assigns as assignee of HSBC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000001, Payment 100.03725% | | | 2,282.46 | 20,922.64 |
| | | | Claim        2,281.61 | 7100-000 | | | |
| | | | Interest        0.85 | 7990-000 | | | |
| 01/10/13 | 300004 | CRAIG D. GRAY<br>300 WEST NORTH AVENUE, UNIT 1506<br>CHICAGO, IL  60610 | Surplus Funds | 8200-002 | | 20,922.64 | 0.00 |

Page Subtotals        28,781.91        28,781.91

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-45659 -JBS | | Trustee Name: | N. Neville Reid |
| Case Name: | GRAY, CRAIG D. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3521  Checking Account |
| Taxpayer ID No: | *******3330 | | | |
| For Period Ending: | 05/09/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 28,781.91 | 28,781.91 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 28,781.91 | 0.00 | |
| | | | Subtotal | | 0.00 | 28,781.91 | |
| | | | Less:  Payments to Debtors | | | 20,922.64 | |
| | | | Net | | 0.00 | 7,859.27 | |

Page Subtotals           0.00           0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-45659 -JBS | | Trustee Name: | N. Neville Reid |
| Case Name: | GRAY, CRAIG D. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3635  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3330 | | | |
| For Period Ending: | 05/09/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/25/12 | 2 | Sherwin-Williams Credit Union 16230 Prince Drive South Holland, IL 60473 | Bank Account Funds | 1121-000 | 10,000.00 | | 10,000.00 |
| 05/25/12 | 2 | Citibank | Bank Account Funds | 1121-000 | 3,000.00 | | 13,000.00 |
| 06/20/12 | 5 | Sherwin-Williams Credit Union 16230 Prince Drive South Holland, IL 60473 | Liquidation of shares of stock | 1129-000 | 15,800.00 | | 28,800.00 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 28,800.12 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 18.69 | 28,781.43 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.25 | | 28,781.68 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.23 | | 28,781.91 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 28,781.91 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 28,800.60 | 28,800.60 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 28,781.91 | |
| Subtotal | 28,800.60 | 18.69 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 28,800.60 | 18.69 | |

Page Subtotals     28,800.60     28,800.60

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-45659 -JBS | Trustee Name: | N. Neville Reid |
|---|---|---|---|
| Case Name: | GRAY, CRAIG D. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3703  BofA - Checking Account |
| Taxpayer ID No: | *******3330 | | |
| For Period Ending: | 05/09/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********3521 | 0.00 | 7,859.27 | 0.00 |
| Money Market Account (Interest Earn - ********3635 | 28,800.60 | 18.69 | 0.00 |
| BofA - Checking Account - ********3703 | 0.00 | 0.00 | 0.00 |
| | 28,800.60 | 7,877.96 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*